UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DWAUN FREEMAN,

Plaintiff,

v

CIVIL ACTION
NO:09-13184

CITY OF DETROIT, et al,

Defendants.
_________________________________/

**ORDER OF DISMISSAL**

The parties having informed the Court that they have settled this case;

**IT IS HEREBY ORDERED** that the above entitled action be, and the same hereby is, **DISMISSED** without costs and without prejudice to the right of the plaintiff, upon good cause shown within ninety (90) days, to move to vacate this order if settlement is not consummated.

**IT IS SO ORDERED.**

Dated: July 7, 2011

s/Gerald E. Rosen

**GERALD E. ROSEN**
Chief Judge, U. S. District Court

IF THE PARTIES SEEK TO HAVE THE COURT ENTER AN ORDER EMBODYING THE SPECIFIC TERMS OF SETTLEMENT WITH AN ORDER OF DISMISSAL WITH PREJUDICE OR A JUDGMENT THEN THE FIRST PARAGRAPH OF SAID STIPULATION AND PROPOSED ORDER SHOULD PROVIDE FOR THE ABOVE ORDER OF DISMISSAL TO BE VACATED FOR PURPOSES OF ENTRY OF THE ORDER OR JUDGMENT CONTEMPLATED.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 7, 2011, by electronic and/or ordinary mail.

s/Ruth A. Gunther
Case Manager
(313) 234-5137